IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CURTIS DENCKER,<br><br>  Plaintiff,<br><br>vs.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.,<br><br>  Defendant. | CV 16–60–M–DLC–JCL<br><br>ORDER |

**FILED**

NOV 0 4 2016

Clerk, U.S District Court
District Of Montana
Missoula

Pursuant to the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 15),

'IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot.

DATED this 4th day of November, 2016.

*/s/ Dana L. Christensen*

Dana L. Christensen, Chief District Judge
United States District Court