UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CURTIS DENCKER,<br><br>                Plaintiff,<br><br>vs.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.,<br><br>                Defendant. | Case No. CV-16-060-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X    Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE.

      Dated this 7th day of November, 2016.

                          TYLER P. GILMAN, CLERK

                          By: /s/ Annie Puhrmann
                          Annie Puhrmann, Deputy Clerk